**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed June 9, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00277-CV

---

## IN RE J.B. HUNT TRANSPORT, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-53485**

---

## MEMORANDUM OPINION

On April 20, 2022, relator J.B. Hunt Transport, Inc., filed a petition for writ of mandamus and emergency motion for temporary relief in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Kristen Brauchle Hawkins, presiding judge of the 11th District Court of Harris County, to vacate those portions of the trial court's April 4, 2022, production order that require J.B. Hunt to "produce a

description of the topics covering Texas CMV drivers on public roadways in effect from 1/1/2020 to date of crash relating to 'employee driving,' 'vehicle operation,' 'driving practices and procedures,' and 'cell phone use'" or "tables of contents from J.B. Hunt's training and safety materials in response to RFP Nos. 68–71."

On April 22, 2022, this Court granted relator's "emergency motion for temporary relief from and stay of the production order." The Court did not stay all proceedings in the underlying matter.

By order signed on May 6, 2022, the trial judge vacated its April 4, 2022 discovery order. Because the order that is the subject of this mandamus proceeding has been vacated, the original proceeding has been rendered moot.

Accordingly, we dismiss relator's petition for writ of mandamus as moot.


PER CURIAM

Panel consists of Justices Wise, Poissant, and Wilson.